**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Nichole Ann Mack Joyner, Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-000187

———————

Appeal From Horry County
Melissa J. Buckhannon, Family Court Judge

———————

Unpublished Opinion No. 2019-UP-367
Submitted October 30, 2019 – Filed November 12, 2019

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan,
PA, of Kingstree, for Respondent.

Ryan A. Stampfle, of Indigo Family Law, LLC, of
Surfside Beach; and Michael Julius Schwartz, of Russell
B. Long, PA, of Myrtle Beach, both for the Guardian ad

Litem.

---

**PER CURIAM:**  Nichole Ann Mack Joyner appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Joyner's counsel.

**AFFIRMED.**[1]

**SHORT, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.